UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEEL SUPPLY & ENGINEERING
COMPANY,

      Plaintiff,

v.

      File No. 1:13-CV-1034

      HON. ROBERT HOLMES BELL

ILLINOIS NATIONAL INSURANCE
COMPANY,

      Defendant.
      _____/

## JUDGMENT

In accordance with the Opinion and Order entered this date

**JUDGMENT** is entered in favor of Defendant and against Plaintiff.


Dated: August 18, 2014          /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               UNITED STATES DISTRICT JUDGE